# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, as Broadcast Licensee of the November 6, 2021, Canelo v. Plant WBA/WBC/IBF/WBO Middleweight Championship Fight Program<br><br>v.<br><br>BAR SANTE FE, LLC, Individually and d/b/a MI RAZA BAR, and GERARDO SANCHEZ, Individually and d/b/a MI RAZA BAR | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:24-CV-2773-S |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions recommending that the Court should grant Plaintiff G&G Closed Circuit Events, LLC's Motion for Default Judgment against Defendants Bar Sante Fe, LLC, and Gerardo Sanchez. *See* ECF No. 13.

The Magistrate Judge also recommended awarding Plaintiff $3,750 in statutory damages, $3,750 in additional damages, and $2,400 in attorney's fees, for a total of $9,900. *See id.* at 18.

No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED October 30, 2025.

                                                                                   **UNITED STATES DISTRICT JUDGE**